# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: § § §
CURTIS, JAMES MICHAEL § Case No. 12-05108
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    CLERK OF THE COURT
    219 South Dearborn
    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 08/30/2013 in Courtroom ,
    Joliet City Hall
    150 West Jefferson, 2nd Floor
    Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/23/2013                By: CLERK OF THE COURT

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
CURTIS, JAMES MICHAEL § Case No. 12-05108
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 75,000.00 |
| and approved disbursements of | $ | 47,909.36 |
| leaving a balance on hand of[1] | $ | 27,090.64 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ 6,250.00 | $ 0.00 | $ 6,250.00 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 23.60 | $ 0.00 | $ 23.60 |
| Attorney for Trustee Fees: TIMOTHY OCASEK & LANNON LANNON & BARR | $ 25,000.00 | $ 25,000.00 | $ 0.00 |
| Other: TIMOTHY OCASEK & LANNON LANNON & BARR | $ 7,806.41 | $ 7,806.41 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 6,273.60 |
| Remaining Balance | | $ | 20,817.04 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,496.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 68.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | U.S. Bank, N.A. | $ 16,323.64 | $ 0.00 | $ 11,142.52 |
| 000002 | Capital One Bank (USA), N.A. | $ 14,173.05 | $ 0.00 | $ 9,674.52 |
| | Total to be paid to timely general unsecured creditors | | $ | 20,817.04 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

            Prepared By: /s/Peter N. Metrou
                          Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-05108-BWB
James Michael Curtis                                                    Chapter 7
        Debtor                         **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: ccabrales          Page 1 of 2          Date Rcvd: Jul 24, 2013
                              Form ID: pdf006          Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2013.
```
db         +James Michael Curtis,    19848 Ryan Court,    Mokena, IL 60448-3308
18476919   +BAC HOME Loans Servici,    Attn: Bankruptcy Dept.,    450 American St,    Simi Valley, CA 93065-6285
18476925   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
               Richmond, VA 23285)
18712483    Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
18476929   +Chase Auto Finance,    Bankruptcy Department,    3415 Vision Dr.,    Columbus, OH 43219-6009
18476921   +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
18476922   +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
18476920   +First NATL BK OF Illin,    Attn: Bankruptcy Dept.,    3256 Ridge Rd,    Lansing, IL 60438-3110
18476927   +Freedman Anselmo Lindberg &,    Rappe LLC,    PO Box 3228,    Naperville, IL 60566-3228
18476924   ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: HSBC/Bsbuy,    Attn: Bankruptcy Dept.,    Po Box 15519,
               Wilmington, DE 19850)
18476923   +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
18697377   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank, N.A.,    Bankruptcy Department,    P.O. Box 5229,
               Cincinnati, Ohio 45201-5229)
18476926   +Will County Circuit Court,    11 AR 1629,    14 W. Jefferson St,    Joliet, IL 60432-4300
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
18476928*  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US BANK/NA ND,    Attn: Bankruptcy Dept.,    4325 17Th Ave S,
               Fargo, ND 58125)
                                                                                     TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 26, 2013**                 **Signature:**  *Joseph Speetjens*

```
District/off: 0752-1          User: ccabrales            Page 2 of 2                  Date Rcvd: Jul 24, 2013
                              Form ID: pdf006            Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2013 at the address(es) listed below:
          Heather M Giannino   on behalf of Creditor   Bank of America, N.A. bankruptcy@hsbattys.com, bankruptcy@hsbattys.com
          Jon K. Clasing   on behalf of Debtor James Michael Curtis ndil@geracilaw.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Peter N Metrou   met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com, pmetrou@ecf.epiqsystems.com
          Ronald N Primack   on behalf of Creditor   First National Bank of Illinois rprimack@rnplaw.net, traci@rnplaw.net

                                                                                                                                        TOTAL: 5