UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
                                      §
CURTIS, JAMES MICHAEL                 §      Case No. 12-05108
                                      §
         Debtor(s)                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:


Total Expenses of Administration:

---

   3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By: /s/Peter N. Metrou, Trustee _____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JAMES MICHAEL CURTIS |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | BAC HOME Loans Servici Attn: Bankruptcy Dept. 450 American St Simi Valley CA 93065 |  |  |  |  |  |
| 2 | Chase Auto Finance Bankruptcy Department 3415 Vision Dr. Columbus OH 43219 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 3 First NATL BK OF Illin | | | | | |
| | Attn: Bankruptcy Dept. 3256 | | | | | |
| | Ridge Rd Lansing IL 60438 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| TIMOTHY OCASEK & LANNON LANNON & BA | | | | | |
| TIMOTHY  OCASEK & LANNON LANNON & B | | | | | |
| TIMOTHY OCASEK & LANNON LANNON & BA | | | | | |
| TIMOTHY  OCASEK & LANNON LANNON & B | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 3 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| | 4 HSBC/Bsbuy Attn: Bankruptcy Dept. Po Box 15519 Wilmington DE 19850 | | | | | |
| | 5 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | Freedman Anselmo Lindberg & Rappe LLC PO Box 3228 Naperville IL 60566 | | | | | |
| | Will County Circuit Court 11 AR 1629 14 W. Jefferson St Joliet IL 60432 | | | | | |
| 000002 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000001 | U.S. BANK, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

Case No: 12-05108 BWB Judge: BRUCE W. BLACK  
Case Name: CURTIS, JAMES MICHAEL  
For Period Ending: 11/07/13

Trustee Name: Peter N. Metrou, Trustee  
Date Filed (f) or Converted (c): 02/13/12 (f)  
341(a) Meeting Date: 03/08/12  
Claims Bar Date: 06/12/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 19848 Ryan Court Mokena, IL 60448 - (Debtor's prim | 308,000.00 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts | 0.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts | 150.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 1,250.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods | 2,500.00 | 0.00 | | 0.00 | FA |
| 6. Household Goods | 2,300.00 | 0.00 | | 0.00 | FA |
| 7. Personal Injury Case (u) | 0.00 | Unknown | | 75,000.00 | FA |

TOTALS (Excluding Unknown Values)     $314,200.00     $0.00     $75,000.00     Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Paid specl csl 7-5-13 - Draft TFR to PNM 7-16-13 to UST 7-16-13, w/ clerk 7-23-13

Settlement of PI case approved

Initial Projected Date of Final Report (TFR): 06/30/13     Current Projected Date of Final Report (TFR): 06/30/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-05108 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | CURTIS, JAMES MICHAEL | Bank Name: | Congressional Bank |
|  |  | Account Number / CD #: | *******9975 Checking Account |
| Taxpayer ID No: | *******4088 |  |  |
| For Period Ending: | 11/07/13 | Blanket Bond (per case limit): | $ 60,894,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 01/31/13 | 7 | WEST BEND<br>1900 SOUTH 18TH AVE<br>WEST BEND, WI 53095 | SETTLEMENT FUNDS | 1242-000 | 18,750.00 |  | 18,750.00 |
| 01/31/13 | 7 | WESTFIELD INSURANCE | SETTLEMENT FUNDS | 1242-000 | 18,750.00 |  | 37,500.00 |
| 02/12/13 | 001001 | JAMES MICHAEL CURTIS<br>19848 RYAN COURT<br>MOKENA, IL 60448 | DEBTOR PI EXEMPTION | 8100-000 |  | 15,000.00 | 22,500.00 |
| 04/22/13 |  | CONGRESSIONAL BANK | BANK SERVICE FEES 3/13 | 2600-000 |  | 23.89 | 22,476.11 |
| 05/06/13 | 7 | WESTBEND | PI SETTLEMENT | 1242-000 | 18,750.00 |  | 41,226.11 |
| 05/06/13 | 7 | WESTBEND | PI SETTLEMENT | 1242-000 | 18,750.00 |  | 59,976.11 |
| 05/09/13 |  | CONGRESSIONAL BANK | BANK SERVICE FEE 4/13 | 2600-000 |  | 23.11 | 59,953.00 |
| 06/13/13 |  | CONGRESSIONAL BANK | BANK SERVICE FEE 5/13 | 2600-000 |  | 55.95 | 59,897.05 |
| 07/05/13 | 001002 | TIMOTHY OCASEK & LANNON LANNON & BARR | Special Csl Fees & Exp<br>PER 1/25/13 O/C |  |  | 32,806.41 | 27,090.64 |
|  |  |  | Fees      25,000.00 | 3210-600 |  |  |  |
|  |  |  | Expenses   7,806.41 | 3220-610 |  |  |  |
| 09/03/13 | 001003 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL 60543 | Chapter 7 Compensation/Expense |  |  | 6,273.60 | 20,817.04 |
|  |  |  | Fees       6,250.00 | 2100-000 |  |  |  |
|  |  |  | Expenses      23.60 | 2200-000 |  |  |  |
| 09/03/13 | 001004 | U.S. Bank, N.A.<br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati, Ohio 45201-5229 | Claim 000001, Payment 68.26002% | 7100-000 |  | 11,142.52 | 9,674.52 |
| 09/03/13 | 001005 | Capital One Bank (USA), N.A.<br>PO Box 71083 | Claim 000002, Payment 68.25997% | 7100-000 |  | 9,674.52 | 0.00 |

Page Subtotals  75,000.00  75,000.00

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 12-05108 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | CURTIS, JAMES MICHAEL | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******9975  Checking Account |
| Taxpayer ID No: | *******4088 | | |
| For Period Ending: | 11/07/13 | Blanket Bond (per case limit): | $ 60,894,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Charlotte, NC 28272-1083 | | | | | |

|  |  | COLUMN TOTALS | 75,000.00 | 75,000.00 | 0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  |  | Subtotal | 75,000.00 | 75,000.00 | |
|  |  | Less: Payments to Debtors | | 15,000.00 | |
|  |  | Net | 75,000.00 | 60,000.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********9975 | 75,000.00 | 60,000.00 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 75,000.00 | 60,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*